1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10
11  GARY L. CRAWFORD,                              1:14-cv-00368-SAB (PC)
12                 Plaintiff,
                                                   ORDER TO SUBMIT APPLICATION
13          v.                                     TO PROCEED IN FORMA PAUPERIS
                                                   OR PAY FILING FEE WITHIN 45 DAYS
14  ANDREW HO, et al.,
15                 Defendant.
16
17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18  1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in
19  forma pauperis pursuant to 28 U.S.C. § 1915.
20          Accordingly, IT IS HEREBY ORDERED that:
21          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
22  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
23  the $400.00 filing fee for this action. **No requests for extension will be granted without a**
24  //
25  //
26  //
27  //
28  //

                                                   1

1 **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
2 submit a certified copy of his/her prison trust statement for the six month period immediately
3 preceding the filing of the complaint.  **Failure to comply with this order will result in dismissal**
4 **of this action.**

IT IS SO ORDERED.

Dated: **March 21, 2014**

UNITED STATES MAGISTRATE JUDGE